**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **Chambers of** | **U.S.Courthouse - Chambers 5D** |
| **Richard D. Bennett** | **101 W. Lombard Street** |
| **United States District Judge** | **Baltimore, MD 21201** |
| **Northern Division** | **Tel: 410-962-3190** |
| | **Fax: 410-962-3177** |

October 4, 2012

**LETTER ORDER**

TO:   COUNSEL OF RECORD

And *Pro Se* Defendant

Laurence A. Hecker
2C South Gold Drive
Hamilton, NJ 08691

RE:   *Davis v. Hecker*
        Civil No. RDB-10-0604

Dear Counsel and Mr. Hecker:

Pursuant to our communications of this date, the above-captioned case shall be **Administratively Closed** subject to being reopened at the conclusion of the Bankruptcy proceedings filed by the Defendant, Lawrence A. Hecker.

Although informal in format, this letter nonetheless constitutes an Order of Court and the Clerk is directed to docket it as such.

Sincerely,

/s/

Richard D. Bennett
United States District Judge

RDB/klf